AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

### Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br><br>Jeremiah Eziekel Macias | )<br>)<br>)<br>)  Case No.  2:25-MJ-87<br>)<br>)<br>) |

*Defendant(s)*

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> **FILED**
> JUN – 5 2025
> CLERK, U.S. DISTRICT COURT
> By_____
> Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 25, 2024 _____ in the county of _____ Potter _____ in the

_____ Northern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 846 | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Hoffman, DEA TFO
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:  6/5/25

_____
*Judge's signature*

City and state:          Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

No. 2:25-MJ-87

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jeremy C. Hoffman, being duly sworn, depose and state:

1.    I am a Task Force Officer assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been so employed for about twenty-three (23) years with the Randall County Sheriff's Office. As part of my duties as a Task Force Officer, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(1).

2.    This affidavit is made in support of a complaint and arrest warrant for Jeremiah Eziekel MACIAS. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3.    On November 25, 2024, Phoenix HIDTA SA Torres identified a suspicious parcel at a UPS store in Phoenix, AZ. The parcel was addressed to Michelle Florez at 1214 N. Woodland St., Amarillo, TX 79107. During the investigation a K9 was deployed on the parcel and gave a positive alert to the parcel. SA Czopek authored a search warrant that was granted by the Honorable Tara Prochko out of the Maricopa County Superior Court. Once the search warrant was signed, the parcel was opened where approximately 19.5 gross pounds of a white crystalline substance that late tested positive for the presence of methamphetamine was located inside. This quantity of methamphetamine is consistent with further distribution, as opposed to someone's personal use. The packaging was later examined for latent fingerprint evidence. Several latent fingerprints were captured and the fingerprints came back to Jeremiah MACIAS. On May 12, 2025, Jeremiah MACIAS was indicted in Maricopa County, Arizona for transport for sale/import into this state/sell/transfer or offer to sell or transfer dangerous drug which is a class 2 felony in Arizona under cause number: CR2025-006888-001. SA Bill Czopek contacted TFO Jeremy Hoffman with the warrant details because MACIAS resides in Amarillo, TX.

4. On May 21, 2025, MACIAS was arrested at his residence 1905 S. Fannin, Amarillo, TX. After MACIAS' arrest he was interviewed by agents. MACIAS was read his *Miranda* warnings and agreed to waive his rights and speak with agents. During his interview MACIAS admitted to sending the parcel intercepted by law enforcement in Arizona. MACIAS stated he was directed by his mother Angela MACIAS on the trip to

**Page 1 of 2**

Arizona. MACIAS admitted to packaging the methamphetmaine and shipping the package. During the interview Jeremiah MACIAS gave agents consent to search his phone. While reviewing the phone agents saw several photographs of receipts for additional parcels destined for Amarillo, Texas that were saved in the phone. The interview was terminated.

Jeremy Hoffman
DEA Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

6/5/25                                    at      Amarillo, Texas
Date                                              City and State

Lee Ann Reno, U.S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

Anna Marie Bell
Assistant United States Attorney