IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

JEREMIAH EZIEKEL MACIAS (01)

NO.  2:25-CR-064-Z (01)

## FACTUAL RESUME

In support of Jeremiah Eziekel Macias' plea of guilty to the offense in Count Two of the indictment, Macias, the defendant, Paula Millan, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii), that is, Possession with Intent to Distribute 500 Grams or More of Methamphetamine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*    That the defendant knowingly possessed a controlled substance;

*Second.*    That the substance was in fact methamphetamine;

*Third.*    That the defendant possessed the substance with the intent to distribute it; and

*Fourth.*    That the quantity of the substance was at least 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

**Jeremiah Eziekel Macias**
**Factual Resume—Page 1**

any financial interest in the transaction.

## STIPULATED FACTS

1. On or about November 25, 2024, in the Amarillo Division of the Northern District of Texas, the District of Arizona, and elsewhere, Jeremiah Eziekel Macias, defendant, did knowingly or intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

2. On November 25, 2024, Phoenix Drug Enforcement Administration (DEA) agents identified a suspicious parcel at a UPS store in Phoenix, Arizona. The parcel was addressed to an individual in Amarillo, Texas. A drug detecting canine alerted to the odor of narcotics emitting from the parcel. Agents conducted a probable cause search of the parcel. Agents discovered approximately 19.5 gross pounds of suspected methamphetamine inside the parcel.

3. The parcel was examined for latent fingerprint evidence. Several latent fingerprints were recovered from the packaging. The fingerprints belonged to Jeremiah Eziekel Macias. Phoenix DEA agents also obtained UPS store surveillance videos. The video depicted Macias mailing the parcel.

4. On May 21, 2025, officers arrested Macias at his residence in Amarillo, Texas. U.S. Marshal Service Task Force Officer (TFO) Koval conducted an interview with Macias. TFO Koval read Macias his *Miranda* warnings. Macias waived his rights and agreed to make a statement. During the interview, Macias admitted to sending the

Jeremiah Eziekel Macias
Factual Resume—Page 2

parcel that was intercepted in Arizona in November 2024. Macias admitted to packaging the methamphetamine and placing it in the parcel. Macias gave consent for a search of his cellphone. During a review of the phone, officers observed photographs of receipts showing that Macias had mailed other parcels from Arizona to Amarillo.

5. The suspected methamphetamine was sent to the DEA Phoenix Laboratory. The DEA Laboratory confirmed that the substance was, in fact, methamphetamine, a Schedule II controlled substance. The substance had a total net weight of 8,714 grams and a purity level of approximately 98 percent.

6. Macias admits that he knowingly possessed with intent to distribute 500 grams or more of a controlled substance, namely methamphetamine, a Schedule II controlled substance.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the indictment.

Jeremiah Eziekel Macias
Factual Resume—Page 3

AGREED TO AND STIPULATED on this 11th day of September, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
Jeremiah Eziekel Macias
Defendant

_____
Paula Millan
Attorney for Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

Jeremiah Eziekel Macias
Factual Resume—Page 4